HOWARD MACK, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 35815.)

Present —
Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

In the Matter of the Claim of MARIE F. BENIGAZA, Appellant, v. ESTATE OF VINCENT P. DUDEK, Deceased, Respondent.—

Present —
Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

In the Matter of PHILLIP SANSONE, Petitioner, v. O. DUDLEY KAY et al., Constituting the Board of Police Commissioners of the City of Lockport, Respondents.—

Present — Williams, P. J., Bastow, McClusky and Henry, JJ.

In the Matter of JACOB BERKOWITZ, Appellant, v. THOMAS E. ROHAN et al., Constituting the State Liquor Authority, Respondents.—

Present — Williams, P. J., Halpern, McClusky and Henry, JJ. [21 Misc 2d 922.]

In the Matter of JULIUS ZIMMERMAN, Doing Business as New Harlem Grill, Petitioner, v. MARTIN C. EPSTEIN et al., Constituting the State Liquor Authority, Respondents.—

Present — Williams, P. J., Bastow, McClusky and Henry, JJ.

LAWRENCE HEALY, Appellant, v. PATRICIA MORANZ, Respondent.—

Present — Williams, P. J., Bastow, McClusky and Henry, JJ.

JENSS BUILDING CORPORATION, Appellant, v. STEPHEN NIKITAS, Respondent.—

Present — Williams, P. J., Bastow, McClusky and Henry, JJ.

MANUFACTURERS AND TRADERS TRUST COMPANY, Respondent, v. ROBERT L. FRASER, Appellant.—

Present — Williams, P. J., Bastow, McClusky and Henry, JJ.